UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDERICK GALBRAITH,

                Plaintiff,

    -against-

FRANK BISIGNANO, COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

25-CV-08798 (JLR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 29, 2025
                New York, New York